Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

ABS COMMUNICATIONS, INC.,        )     Civ. No. C05-1890Z
)
      Plaintiff,         )
)
      v.              )     ORDER
)
INTERNAL REVENUE SERVICE,     )
)
      Defendant.     )
_____)

Pending before the Court is the Federal Defendant's "Motion (1) for Summary Judgment Regarding CDP Appeal and (2) to Dismiss Petition to Quash Summons." Having considered the motion, the submissions, and the applicable law, the Court

ORDERS that the Federal Defendant's unopposed "Motion (1) for Summary Judgment Regarding CDP Appeal and (2) to Dismiss Petition to Quash Summons," docket no. 10, is GRANTED. It is further

ORDERED that the plaintiff's claim concerning the IRS administrative summonses at issue in the above-captioned proceeding is hereby DENIED. It is further

ORDERED that each side is to bear its own costs. It is further

ORDERED that all dates that have been set by the Court in this matter should be vacated.

//

[Proposed] Order

Civ. No. C05-1890Z

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6422
1591509.1

- 1 -

Honorable Thomas S. Zilly

1

2  IT IS SO ORDERED.  The Clerk is directed to send copies of this Order to the parties.

3  DATED this 28th day of April, 2006.

4

5

6

7  _____
   Thomas S. Zilly
   United States District Judge

8

9

10

11

12

13  Presented by:

14  JOHN McKAY
    United States Attorney

15

16  ROBERT BROUILLARD, WSB #19786
    Assistant United States Attorney

17  700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271

18

19  By:    /s/ Richard A. Latterell

20  RICHARD A. LATTERELL
    Trial Attorney, Tax Division

21  U.S. Department of Justice
    P.O. Box 683 Ben Franklin Station

22  Washington, D.C.  20044-0683
    Telephone:  (202) 307-6422

23

24  Attorneys for the United States

25

26

27  [Proposed] Order

28  Civ. No. C05-1890Z

- 2 -

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington,  D.C. 20044-
0683
Telephone:  (202) 307-6422
1591509.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Honorable Thomas S. Zilly

[Proposed] Order

Civ. No. C05-1890Z

**U.S. Department of Justice**
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6422

1591509.1